**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCELO MARTINEZ-CEDILLO, AKA Marcelo Martinez, *Petitioner*, v. WILLIAM P. BARR, Attorney General, *Respondent.* | No. 14-71742 Agency No. A074-112-169 ORDER |

Filed March 18, 2019

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Miller did not participate in the deliberations or vote in this case.